UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 04-2786 (MJD/JGL)

EDWARD CRAIG COLEMAN,

Plaintiff,

v.                                                    ORDER

LINDY'S COLLECTION SERVICE, INC., et al.,

Defendants.


The above-entitled matter came before the Court upon the Report and Recommendation of the Chief United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the case is **DISMISSED** for lack of prosecution.

Dated: June 27, 2005


s/ Michael J. Davis
MICHAEL J. DAVIS
Judge U.S. District Court